**35**

FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

CHARLES HEAD
FULL NAME

COMMITTED NAME (if different)
FCI Cumberland, P.O. Box 1000
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Cumberland, Md. 21501-1000
Prisoner no. 45494-112
PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHARLES HEAD

PLAINTIFF,

v.

Officer J. ROCHA, KENNETH
CHIN, and JOHN DOE,

DEFENDANT(S).

CASE NUMBER

**8:21-CV-01317-DOC-DFM**
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ____4____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   This lawsuit is concerning a civil rights conspiracy and various common law torts related to state and federal actors who violated plaintiff's rights during the year 2013.

a. Parties to this previous lawsuit:
Plaintiff _____ CHARLES HEAD _____

Defendants _Charles Carr Jr., Leo McCarthy, Matthew Morris,_
_Michael Anderson, Dawn Lane, and Stephen Zappala Jr._

b. Court _U.S. District Court for the Western District of_
_Pennsylvania_

c. Docket or case number _19-1246_

d. Name of judge to whom case was assigned _LISA PUPO LENIHAN_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _partial settlement; still pending_

f. Issues raised: _Constitutional violations and state torts_

g. Approximate date of filing lawsuit: _9-30-2019_

h. Approximate date of disposition _Still pending full adjudication_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No  _Not applicable_

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not _This is not a prison issue._

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not _N/A_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _CHARLES HEAD_
                                                        (print plaintiff's name)
who presently resides at _FCI Cumberland, P.O. Box 1000, Cumberland, Md_
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_La Habra, California_
        (institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

Previous lawsuits continuation:

Lawsuit #2:  This lawsuit is concerning the government's failure to provide plaintiff with F.O.I.A. requests as required under 5 U.S.C. section 552.

Parties: Plaintiff is Charles Head. The defendants are the Department of Justice and the I.R.S.

Court: U.S. District Court for the District of Columbia

Docket no.: 1:20-cv-01163-TSC

Name of Judge: TANYA S. CHUTKAN

Disposition: still pending; the government agencies have been and still are now providing plaintiff's requested FOIA documents.

Issues raised: Nonproduction of FOIA requests.

Date of filing: May 1, 2020

Disposition: still pending

Lawsuit #3: This lawsuit concerns civil rights violations and violations of the Federal Wiretap Act, CA Invasion of Privacy Act and CA Constitutional violations.

Parties: Plaintiff is Charles Head. Defendants are County of Sacramento, Kenneth Shelton and Ellen Endrizzi.

Court: U.S. District Court for the Eastern District of California

Page 2-A

Docket no.: 2:19-CV-1663-TLN KJN
Name of Judge: Kendall J. Newman
Disposition: screened by the Court, still pending
Issues raised: violations of plaintiff's
First, Fourth, Sixth, and Fourteenth Amendment
rights, CA constitutional rights, 18 U.S.C. section
2520 and section 2511; and civil conspiracy.
Date of filing: 8-16-2019

Lawsuit #4: This lawsuit is a BIVENS
action, FOIA action, and A.P.A. action against
the Bureau of Prisons and B.O.P. employees. The
complaint alleges violations of plaintiff's
constitutional rights, failure of the BOP to
provide FOIA requests, and retaliation against
plaintiff by BOP guards.
Parties: Plaintiff is Charles Head.
Defendants are the Bureau of Prisons, J.R. Bell,
S. Eirich, K. Liller, and U.S. Dept. of Justice.
Court: U.S. District Court for the District
of Maryland.
Docket no: 1:20-CV-01835-CCB
Name of Judge: Catherine C. Blake
Disposition: still pending
Issues raised: constitutional violations,

Page 2-B

FOIA violations, and requests for prospective relief under the Administrative Procedures Act.

There are two additional lawsuits that plaintiff has recently mailed to two different federal courts, however, plaintiff does not have any confirmation or other evidence of the clerks having actually filed said actions on any court docket as of yet.

Page 2-C

on (date or dates) __9-15-05__ , __9-6-05__ , __2-16-06__ .
                  (Claim I)        (Claim II)      (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Officer J. ROCHA__ , works at
        (full name of first defendant)
        __LA HABRA P.D., 150 N. Euclid St., La Habra, CA 90631__
        (full address of first defendant)
        __Police Officer__
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Officer J. Rocha is a police officer and was working in the capacity of an officer of the law at all times relevant.__

2. Defendant __Detective John Doe__ resides or works at
        (full name of first defendant)
        __LA Habra P.D., 150 Euclid St., La Habra, CA__
        (full address of first defendant)
        __Detective__
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Police officers act under color of law when performing their job duties.__

3. Defendant __Officer QUINN__ , works at
        (full name of first defendant)
        __La Habra P.D., 150 Euclid St., La Habra, CA__
        (full address of first defendant)
        __Police Officer__
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Police officers act under color of law when performing their job duties.__

4. Defendant  KENNETH CHIN _____ resides or works at
    (full name of first defendant)

    Office of the District Attorney, Orange County, CA.
    (full address of first defendant)

    Prosecutor
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

 A state prosecutor acts under color of law when performing her duties as an attorney for the People.

5. Defendant  _____ resides or works at

    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Plaintiff's Fourth Amendment right to be free from unreasonable search and seizures was violated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. On 9-5-2005, Officer J.ROCHA entered plaintiff's residence at 961 N. Citrus Dr., La Habra, CA and without a warrant searched for and seized plaintiff's Intratec AB-10 firearm from underneath his bed inside a gun bag. In addition, Officer J. ROCHA seized the following items from plaintiff's residence on 9-5-2005 during said unlawful search of plaintiff's home: 26 Lugar bullets, 1 thirty round magazine, 1 ten round magazine, 75 Lugar bullets, 1 gun bag. Attached as Exhibit A is the police report that Officer ROCHA filed on 9-6-2005 relevant to this claim and including the inventory of the property he unlawfully seized from plaintiff's home. On information and belief La Habra P.D. police officer QUINN and Officer J.ROCHA conspired to violate plaintiff's Fourth Amendment rights by searching his home for a firearm related to 3 shell casings - see report.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

---

# CLAIM II

2. Plaintiff's due process rights afforded him under the Fourteenth Amendment were violated by the deliberate fabrication of evidence.

3. Officer J. ROCHA prepared a false police report (EXHIBIT A) which contained misrepresentations of material facts including the following:
   - " I then saw the weapon in a black case. "
   - "... the gun was found in plain sight. "
   - "... the front door was open.... "
   - " A further records check of the gun revealed that there was no record available for the gun. "
   - " The gun had not been registered. "

4. As a result of these untrue assertions in Officer ROCHA's police report, I was charged and convicted of PC 12280(b) in case no. 06NF0855 in the Superior Court of California, County of Orange (see EXHIBIT B). Officer ROCHA knew fully well that his "records check" showed that plaintiff's AB-10 firearm that he seized was registered in California and that plaintiff was lawfully in possession of said firearm when ROCHA seized the AB-10 firearm from plaintiff's home.

5. Defendant ROCHA's fabricated evidence led to the infliction of penalties by the Superior Court of California as expressed in the Court's

probation order (Exhibit B) of 4/27/2006 which included three years of probation, a $1,000.00 fine, and 40 hours of community service, all of which plaintiff complied with. Defendant ROCHA's fabricated evidence also resulted in plaintiff having to pay an attorney legal fees to defend against allegations for which he was factually innocent. Said legal expenses totalled [$15,000.00

6.    Defendant ROCHA's fabricated evidence caused plaintiff to be arrested on 2/16/2006 and detained in police custody at the La Habra Police Department for six hours.

7.    Defendant ROCHA's fabricated evidence led to plaintiff's federal sentence to be enhanced in case no. 2:08-cr-093 and 2:08-cr-116 (E.D.Cal.).

## CLAIM III.

8.    Plaintiff's due process rights afforded to him under the Fourteenth Amendment were violated by the deliberate fabrication of evidence on 2-16-2006 by Detective John Doe.

Page 5-B

9.   On 2-16-2006, after plaintiff made multiple attempts to obtain his AB-10 firearm back from the La Habra Police Dept., he met with Detective John Doe ( an unknown detective) who interviewed him at the La Habra Police Department.

10.   During said interview, John Doe asked plaintiff if the seized AB-10 firearm was registered to him in the State of California to which plaintiff stated " I purchased the AB-10 at a gun shop in Orange County, California in 1996 or 1997 and it is registered in my name." John Doe arrested plaintiff, charged him with possession of an unregistered firearm, and prepared a false police report which stated that plaintiff had not registered the firearm. John Doe's police report indicated that plaintiff had stated to John Doe that he had never registered his AB-10 firearm, a misrepresentation of material fact. This report was submitted to the prosecuting attorney, Kenneth Chin, in case number 06NF0855 (see Exhibit B) and used to charge and convict plaintiff in said case.

Page 5-C

11.     ___ On information and belief, Detective John Doe and Officer J. ROCHA engaged in a civil conspiracy to deprive plaintiff of his due process rights and his liberty by the fabrication of evidence articulated in paragraphs #3 and #10.

## CLAIM IV

12.     Plaintiff's rights afforded him under the Fourteenth Amendment were violated by malicious prosecution.

13.     On or about March 6, 2006, Kenneth Chin submitted a complaint against plaintiff alleging that plaintiff committed a violation of CA Penal Code 12280(b) without having any probable cause that plaintiff committed said offense and, in fact, knowing that plaintiff was innocent of said offense.

14.     As indicated in paragraphs 3-4 and 10, Detective John Doe and Officer J. ROCHA both prepared fabricated evidence in the form of material misrepresentations. Defendants J. ROCHA and John Doe utilized their false police reports to prosecute plaintiff with

malice and without probable cause for the possession of an unregistered firearm.

15. J. ROCHA and John Doe prosecuted plaintiff without probable cause for the purpose of denying him his property rights to the items J. ROCHA seized from his home and articulated in J. ROCHA's police report (Exhibit A, page 3). J. ROCHA and John Doe prosecuted plaintiff to violate his Fourth Amendment, Fourteenth Amendment, and Fifth Amendment rights. Specifically, plaintiff's due process rights were intended to be violated by J. ROCHA and John Doe by preparing and utilizing false evidence in each of their police reports. J. ROCHA and John Doe intended for plaintiff to be incarcerated as a direct result of the fabricated evidence each submitted in his false police report.

16. Plaintiff suffered a loss of liberty on 2-16-2006 when Detective John Doe arrested him and incarcerated him for six hours while requiring excessive bail for his release.

17. Plaintiff suffered a loss of liberty as a result of defendant's malicious prosecution

when completing 40 hours of community service, 3 years of probation, and in the increased federal sentence he received due to the conviction for possessing an unregistered firearm which he was innocent of.

## CLAIM V

18.   Plaintiff's Fourth Amendment and Fifth Amendment rights were violated by defendant John Doe and J. ROCHA by defendant's false imprisonment.

19.   On 2-16-2006, plaintiff was arrested and detained in the custody of the La Habra Police Department based wholly on the fabricated evidence of John Doe and J. ROCHA. Plaintiff's wrongful imprisonment on 2-16-2006 lasted approximately six hours and prevented him from the lawful operation of his business. Said wrongful imprisonment resulted in emotional injury. John Doe and J. ROCHA's actions evidence their intentional infliction of emotional distress

Page 5-F

as well as their negligent infliction of emotional distress.

## Revelant Facts

20.     Plaintiff's conviction in case number 06NF0855 for CA Penal Code 12280(b) was vacated by the Superior Court of the State of California on 2-19-2021, the Court finding plaintiff, Charles Head, "factually innocent." The Court's minute order is attached as Exhibit C.

21.     Plaintiff wishes to preserve the CA state torts alleged in the facts submitted in his Complaint should the Court decline to exercise its supplemental or diversity jurisdiction to entertain these claims. Due to plaintiff's incarceration, he is unable to comply with the California Tort Claims Act by submitting a claim to the California Victim Compensation and Government Claims Board. Plaintiff requested that his case manager obtain the mailing address for the CA Victim Compensation and Government Claims Board ("Board"). Mr. Holler, plaintiff's

prison case manager, presented him with a three page internet search result for the Board's address. Said search result printout is attached as Exhibit D.

22.   Plaintiff submitted a claim to the Board at the address indicated in the search result printout, however, the mail was returned to him by the post with a yellow sticker on the face of the envelope stating: " RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD. "

23.   Plaintiff made several inquiries to his family to obtain the accurate postal address used to mail claims to the Board to no avail. Plaintiff is a citizen of Pennsylvania.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2021 at Cumberland, Md.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

A. COMPENSATORY DAMAGES jointly and severally against:
  1. Defendants QUINN and J. ROCHA for the violations of plaintiff's rights described in CLAIM ONE including the civil rights conspiracy and Fourth Amendment violations.
  2. Defendant ROCHA for the violations of plaintiff's due process rights and the resulting emotional injury suffered by plaintiff as a result, all due to J. ROCHA's actions described in CLAIM TWO (the deliberate fabrication of evidence).
  3. Defendants John Doe and J. ROCHA for the civil conspiracy against plaintiff described in CLAIM THREE.
  4. Defendant John Doe for the fabrication of evidence and the resulting violation of plaintiff's due process rights described in CLAIM THREE and the resulting emotional injuries suffered by plaintiff.
  5. Defendants John Doe, J. ROCHA, and Kenneth Chin for their malicious prosecution and the violation of plaintiff's due process rights as described in CLAIM FOUR.
  6. Defendants John Doe and J. ROCHA for the false imprisonment and intentional infliction of emotional distress described in CLAIM FIVE and perpetrated against plaintiff.

B. PUNITIVE DAMAGES of $100,000.00 each against defendants John Doe, J. ROCHA, QUINN, and KENNETH CHIN for each of the constitutional violations against plaintiff described in the complaint, the emotional injuries suffered by plaintiff as a result and for each of the state law torts described in the complaint. Plaintiff also requests that the Court grant such other relief as it may appear he is entitled.

| 3-7-2021 | | |
|---|---|---|
| (Date) | | (Signature of Plaintiff) |

Additional Requests for Relief

C. COMPENSATORY DAMAGES jointly and severally against:

1. Defendants QUINN, J. ROCHA, and JOHN DOE for Plaintiff's loss of liberty and amenity sustained by him as a result of the defendants' causing Plaintiff to serve 40 hours of community service, appear in court on three occasions, and be detained in the La Habra Jail;

2. Defendants QUINN, J. ROCHA, and JOHN DOE for their actions described in the Complaint resulting in Plaintiff's loss of wages for 40 hours — while serving 40 hours of community service — and the loss of his personal property unlawfully seized from his home to include: a 9mm Intratec AB-10 firearm; 101 bullets; two gun magazines; one gun bag.

3. Defendants QUINN, J. ROCHA, and JOHN DOE for their actions described in the Complaint which resulted in Plaintiff's actual damages in the pecuniary harm of $15,000 of legal expenses paid to Plaintiff's attorney to defend against the defendant's false charges against him.

EXHIBIT A

| A ☐ CRIME REPORT |
|---|
| S ☒ INCIDENT REPORT |
| K ☐ COURTESY REPORT |
| U ☐ UNFOUNDED/CANCEL |
| ☐ DOMESTIC VIOLENCE |

**LA HABRA POLICE DEPARTMENT**
150 N. EUCLID STREET
LA HABRA, CALIFORNIA 90631
562.905.9750    FAX: 562.905.9779

# POLICE REPORT

**CASE NUMBER**
05-6165

**REFER OTHER REPORTS**
05-6166

DETECTIVE:

## CRIME INFORMATION

| CODE SECTION | CRIME | CLASSIFICATION | LOSS/DAMAGE | UCR CODE |
|---|---|---|---|---|
| 925 C | Suspicious Circumstances Incident Report | | | 920100 |
| CODE SECTION | CRIME | CLASSIFICATION | LOSS/DAMAGE | UCR CODE |
| | | | | |

| SPECIFIC LOCATION OF CRIME | TYPE OF PREMISES | DATE REPORTED | TIME REPORTED |
|---|---|---|---|
| 961 N. Citrus La Habra CA 90631 | House | 9/5/2005 | 2034 |

| BUSINESS NAME | OCCURRED ON/OR BETWEEN | DATE 9/5/2005 | DAY Mon | TIME 2034 | AND | DATE | DAY | TIME |
|---|---|---|---|---|---|---|---|---|

## VICTIM INFORMATION

| NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|
| RESIDENCE ADDRESS | CITY | ZIP | RES PHONE | | |
| BUSINESS ADDRESS | CITY | ZIP | BUS PHONE | | |

## ADDITIONAL PARTY INFORMATION        CODES: V - VICTIM W - WITNESS RP - REPORTING PARTY O - OFFICER

| CODE | NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|---|
| O | Sergeant Johnstone | Police Officer | | | | |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |

| CODE | NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|---|
| O | Officer T. Smith | Police Officer | | | | |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |

| CODE | NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|---|
| O | Officer Quinn | Police Officer | | | | |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |

## VICTIM VEHICLE INFORMATION

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | BODY STYLE: 0☐ UNK 2☐ 4DR 4☐ P/U 6☐ VAN 8☐ RV 1☐ 2DR 3☐ CONV 5☐ TRK 7☐ SW 9☐ M/C 10☐ OTHER: |
|---|---|---|---|---|---|
| COLOR/COLOR | | OTHER CHARACTERISTICS | | DISPOSITION OF VEHICLE | |

### FACTORS Q01

- ☐ 1 THERE IS A WITNESS TO THE CRIME
- ☐ 2 A SUSPECT WAS ARRESTED
- ☐ 3 A SUSPECT WAS NAMED
- ☐ 4 A SUSPECT CAN BE LOCATED
- ☐ 5 A SUSPECT CAN BE DESCRIBED
- ☐ 6 A SUSPECT CAN BE IDENTIFIED
- ☐ 7 A SUSPECT VEHICLE CAN BE IDENTIFIED
- ☐ 8 THERE IS IDENTIFIABLE STOLEN PROPERTY
- ☐ 9 THERE IS A SIGNIFICANT M.O.
- ☐ 10 SIGNIFICANT PHYSICAL EVIDENCE PRESENT
- ☐ 11 THERE IS A MAJOR INJURY/SEX CRIME
- ☐ 12 THERE IS A GOOD POSSIBILITY OF A SOLUTION
- ☐ 13 FURTHER INVESTIGATION NEEDED
- ☐ 14 THE CRIME IS GANG RELATED
- ☐ 15 THE CRIME IS HATE RELATED
- ☐ 16 ELDER ABUSE

### EVIDENCE Q02

- ☐ 0 NONE
- ☐ 1 FINGERPRINTS
- ☐ 2 TOOLS
- ☐ 3 TOOL MARKING
- ☐ 4 GLASS
- ☐ 5 PAINT
- ☐ 6 BULLET CASING
- ☐ 7 BULLET
- ☐ 8 RAPE KIT
- ☐ 9 SEMEN
- ☐ 10 BLOOD
- ☐ 11 URINE
- ☐ 12 HAIR
- ☒ 13 FIREARMS
- ☐ 14 PHOTOGRAPHS
- ☐ 16 OTHER:

| REPORTING OFFICER J. Rocha | ID .462 | DATE 9/5/2005 | APPROVED BY | | ID 240 | DATE 5-6-05 |
|---|---|---|---|---|---|---|
| COPIES TO | ☐ ADMIN ☐ NFP ☐ PATROL ☐ INVEST ☐ TRAFFIC ☐ CRIME ANALYSIS ☐ DMV ☐ ABC ☒ DA ☐ OTHER: | | ROUTED BY | ENTERED BY | | PAGE 1 OF 5 |

Rev: 07/04

Habra Police Department   CASE NUMBER 05-6165   PAGE 2 OF 5

| BUSINESS | POINT OF ENTRY 8 Q14 | PROPERTY ATTACKED 11 Q07 | TRADEMARKS |
|---|---|---|---|

**BUSINESS** 8525 7 Q05

- ☐ 1. BANK / SAV LOAN FINANCE CREDIT UNION
- ☐ 2. BAR
- ☐ 3. CLEANERS / LAUNDRY
- ☐ 4. CONSTRUCTION SITE
- ☐ 5. THEATER
- ☐ 6. FAST FOODS
- ☐ 7. GAS STATION
- ☐ 8. HOTEL / MOTEL
- ☐ 9. DEPT / DISCOUNT STORE
- ☐ 10. GUN / SPORT GOODS
- ☐ 11. JEWELRY STORE
- ☐ 12. LIQUOR STORE
- ☐ 13. PHOTO STAND
- ☐ 14. CONVENIENCE STORE
- ☐ 15. RESTAURANT
- ☐ 16. SUPERMARKET
- ☐ 17. TV / RADIO
- ☐ 18. AUTO PARTS SALES
- ☐ 19. BICYCLE SALES
- ☐ 20. CAR / MOTORCYCLE SALES
- ☐ 21. CLOTHING STORE
- ☐ 22. HARDWARE
- ☐ 23. MEDICAL
- ☐ 24. OFFICE BUILDING
- ☐ 25. SHOE STORE
- ☐ 26. WAREHOUSE
- ☐ 27. OTHER

**RESIDENCE**

- ☐ 28. APARTMENT
- ☐ 29. CONDOMINIUM
- ☐ 30. DUPLEX / FOUR PLEX
- ☐ 31. GARAGE ATTACHED
- ☐ 32. GARAGE DETACHED
- ☒ 33. HOUSE
- ☐ 34. MOBILE HOME
- ☐ 35. OTHER

**PUBLIC**

- ☐ 36. CHURCH
- ☐ 37. HOSPITAL
- ☐ 38. PARK / PLAYGROUND
- ☐ 39. PARKING LOT
- ☐ 40. PUBLIC BUILDING
- ☐ 41. SCHOOL
- ☐ 42. SHOPPING MALL
- ☐ 43. STREET / HIGHWAY / ALLEY
- ☐ 44. OTHER

**VEHICLE**

- ☐ 45. CAMPER
- ☐ 46. MOTORHOME
- ☐ 47. PASSENGER CAR
- ☐ 48. PICK / UP
- ☐ 49. TRAILER
- ☐ 50. TRUCK
- ☐ 51. VAN
- ☐ 52. OTHER

**POINT OF ENTRY** 8 Q14

- ☐ 0. UNKNOWN
- ☒ 0. N / A
- ☐ 1. FRONT
- ☐ 2. REAR
- ☐ 3. SIDE
- ☐ 4. DOOR
- ☐ 5. WINDOW
- ☐ 6. SLIDING GLASS DOOR
- ☐ 7. BASEMENT
- ☐ 8. ROOF
- ☐ 9. FLOOR
- ☐ 10. WALL
- ☐ 11. DUCT / VENT
- ☐ 12. GARAGE
- ☐ 13. ADJACENT BUILDING
- ☐ 14. GROUND LEVEL
- ☐ 15. UPPER LEVEL
- ☐ 16. OTHER

**METHOD OF ENTRY** 2 Q08

- ☐ 0. UNKNOWN
- ☒ 0. N / A
- ☐ 1. NO FORCE USED
- ☐ 2. ATTEMPT ONLY
- ☐ 3. BODILY FORCE
- ☐ 4. BOLT CUT / PLIERS
- ☐ 5. CHANNEL LOCKS / PIPE WRENCH / VICE GRIPS
- ☐ 6. SAW / DRILL / BURN
- ☐ 7. SCREWDRIVER
- ☐ 8. TIRE IRON
- ☐ 9. UNKNOWN PRY BAR
- ☐ 10. COAT HANGER WIRE
- ☐ 11. KEY SLIP SHIM
- ☐ 12. PUNCH
- ☐ 13. REMOVE LOUVERS
- ☐ 14. WINDOW SMASH
- ☐ 15. BRICK / ROCK
- ☐ 16. HID IN BUILDING
- ☐ 17. OTHER

**VEHICLE ENTRY** 10 Q06

- ☐ 0. UNKNOWN
- ☒ 0. N/A
- ☐ 1. DOOR / LOCK FORCED
- ☐ 2. TRUNK FORCED
- ☐ 3. WINDOW BROKEN
- ☐ 4. WINDOW FORCED
- ☐ 5. WINDOW OPEN
- ☐ 6. UNLOCKED
- ☐ 7. OTHER

**PROPERTY ATTACKED** 11 Q07

- ☐ 0. UNKNOWN
- ☒ 0. N/A
- ☐ 1. CASH NOTES
- ☐ 2. CLOTHES / FUR
- ☐ 3. CONSUMABLE GOODS
- ☐ 4. FIREARMS
- ☐ 5. HOUSEHOLD GOODS
- ☐ 6. JEWELRY METALS
- ☐ 7. LIVESTOCK
- ☐ 8. OFFICE EQUIPMENT
- ☐ 9. TV / RADIO / CAMERA
- ☐ 10. MISCELLANEOUS
- ☐ 11. OTHER

**SEX CRIMES ONLY** 12 Q08

- ☐ 1. SUSPECT CLIMAXED
- ☐ 2. UNKNOWN / CLIMAXED
- ☐ 3. VICTIM BOUND / TIED
- ☐ 4. VICTIM INJURED
- ☐ 5. COVERED VICTIM FACE
- ☐ 6. PHOTOGRAPHED VICTIM
- ☐ 7. VICTIM ORALLY COPULATED SUSPECT
- ☐ 8. SUSPECT ORALLY COPULATED VICTIM
- ☐ 9. RAPE BY INSTRUMENT (FOREIGN OBJECTS)
- ☐ 10. SODOMY
- ☐ 11. SUGGESTED VICTIM COMMIT LEWD PERVERTED ACT
- ☐ 12. INSERTED FINGER INTO VAGINA
- ☐ 13. FORCED VICTIM TO FONDLE SUSPECT
- ☐ 14. SUSPECT FONDLED VICTIM
- ☐ 15. MASTURBATED SELF
- ☐ 16. OTHER

**BURGLARY ONLY** 13 Q03

IS MEMBER OF NEIGHBORHOOD WATCH?
1. ☐ YES    2. ☐ NO

IS MEMBER OF OPERATION IDENTIFICATION?
3. ☐ YES    4. ☐ NO

INTERESTED IN NEIGHBORHOOD WATCH?
5. ☐ YES    6. ☐ NO

HAD HOME BUSINESS INSPECTION?
7. ☐ YES    8. ☐ NO

WHEN? _____ N/a

**TRADEMARKS**

**SUSPECT (S) ACTIONS** 14 Q10

- ☐ 1. ALARM DISABLED
- ☐ 2. ARSON
- ☐ 3. ATE / DRANK ON PREMISES
- ☐ 4. BLINDFOLDED VICTIM BOUND / GAGGED
- ☐ 5. CAT BURGLAR
- ☐ 6. DEFECATED / URINATED
- ☐ 7. DEMANDED MONEY
- ☐ 8. DISROBED VICTIM FULLY
- ☐ 9. DISROBED VICTIM PARTIALLY
- ☐ 10. FIRED WEAPON
- ☐ 11. FORCED VICTIM TO MOVE
- ☐ 12. FORCED VIC INTO VEHICLE
- ☐ 13. HAD BEEN DRINKING
- ☐ 14. INDICATION MULTI SUSPS.
- ☐ 15. INFLICTED INJURIES
- ☐ 16. KNEW LOCATION OF HIDDEN CASH
- ☐ 17. MADE THREATS
- ☐ 18. PLACED PROPERTY IN SACK / POCKET
- ☐ 19. PREPARED EXIT
- ☐ 20. RANSACKED
- ☐ 21. RIPPED / CUT CLOTHING
- ☐ 22. SELECTIVE IN LOOT
- ☐ 23. SHUT OFF POWER
- ☐ 24. SMOKED ON PREMISES
- ☐ 25. SEARCHED VICTIM
- ☐ 26. STRUCK VICTIM
- ☐ 27. SUSPECT ARMED
- ☐ 28. THREATENED RETALIATION
- ☐ 29. TOOK ONLY CONSUMABLES
- ☐ 30. TOOK VICTIM'S VEHICLE
- ☐ 31. TORTURED
- ☐ 32. UNDER INFLUENCE DRUGS
- ☐ 33. USED DEMAND NOTE
- ☐ 34. USED LOCKOUT
- ☐ 35. USED DRIVER
- ☐ 36. USED MATCH / CANDLE
- ☐ 37. USED VICTIM NAME
- ☐ 38. USED VICTIM'S SUITCASE / PILLOWCASE
- ☐ 39. USED VICTIM'S TOOLS
- ☐ 40. VEHICLE NEEDED TO REMOVE PROPERTY
- ☐ 41. CUT / DISCONNECTED PHONE
- ☐ 42. CASED LOCATION BEFORE CRIME
- ☒ 43. OTHER

**SUSPECT PRETENDED TO BE** 16 Q11

- ☒ 0. N/A
- ☐ 1. CONDUCTING SURVEY
- ☐ 2. CUSTOMER / CLIENT
- ☐ 3. DELIVERY PERSON
- ☐ 4. DISABLED MOTORIST
- ☐ 5. DRUNK
- ☐ 6. EMPLOYEE / EMPLOYER
- ☐ 7. FRIEND / RELATIVE
- ☐ 8. ILL / INJURED
- ☐ 9. NEED PHONE
- ☐ 10. POLICE / LAW
- ☐ 11. RENTER
- ☐ 12. REPAIRMAN
- ☐ 13. SALE OF ILLICIT GOODS
- ☐ 14. SALES PERSON
- ☐ 15. SEEK ASSISTANCE
- ☐ 16. SEEK DIRECTIONS
- ☐ 17. SEEKING SOMEONE
- ☐ 18. SOLICIT FUNDS
- ☐ 19. OTHER

**PHYSICAL SECURITY** 16 Q12

- ☐ 0. UNKNOWN
- ☒ 0. N/A
- ☐ 1. AUDIBLE ALARM
- ☐ 2. SILENT ALARM
- ☐ 3. PRIVATE SECURITY PATROL
- ☐ 4. DOG
- ☐ 5. STANDARD LOCKS
- ☐ 6. AUXILIARY LOCKS (Deadbolts, Windows Etc.)
- ☐ 7. WINDOW BARS / GRILLS
- ☐ 8. OUTSIDE LIGHTING ON
- ☐ 9. INSIDE LIGHTING ON
- ☐ 10. GARAGE DOOR LOCKED
- ☐ 11. OBSCURED INTERIOR VIEW (Commercial / Business)
- ☐ 12. SECURITY SIGNING N.W., Alarm etc.)
- ☐ 13. OTHER

**VICTIM PROFILE**

**PHYSICAL CONDITION** 17 Q13

- ☒ 0. NO IMPAIRMENT
- ☐ 1. UNDER INFL ALCOHOL / DRUGS
- ☐ 2. SICK / INJURED
- ☐ 3. SENIOR CITIZEN
- ☐ 4. BLIND
- ☐ 5. HANDICAPPED
- ☐ 6. DEAF
- ☐ 7. MUTE
- ☐ 8. MENTAL / EMOTION IMPAIRED
- ☐ 9. OTHER

**RELATIONSHIP TO SUSPECT** 18 Q14

- ☒ 0. UNKNOWN
- ☐ 1. HUSBAND
- ☐ 2. WIFE
- ☐ 3. MOTHER
- ☐ 4. FATHER
- ☐ 5. DAUGHTER
- ☐ 6. SON
- ☐ 7. BROTHER
- ☐ 8. SISTER
- ☐ 9. OTHER FAMILY
- ☐ 10. ACQUAINTANCE
- ☐ 11. FRIEND
- ☐ 12. BOYFRIEND
- ☐ 13. GIRLFRIEND
- ☐ 14. NEIGHBOR
- ☐ 15. BUSINESS ASSOCIATE
- ☐ 16. STRANGER
- ☐ 17. OTHER

**MARITAL STATUS** 19 Q15

- ☒ 0. UNKNOWN
- ☐ 1. ANNULLED
- ☐ 2. COMMON LAW
- ☐ 3. SINGLE
- ☐ 4. MARRIED
- ☐ 5. DIVORCED
- ☐ 6. WIDOW (ER)
- ☐ 7. SEPARATED
- ☐ 8. OTHER

**LA HABRA POLICE DEPARTMENT**
150 N. Euclid, La Habra, CA 90631
562.905.9750 * Fax 562.905.9779

**PROPERTY REPORT**                    Page 3 of 5

☒ ORIGINAL REPORT
☐ SUPPLEMENTAL REPORT

Case No. 05-5185

| Item No. | Type E | Quantity 1 | Article Firearm | Brand Intratec | Model AB-10 | Serial Number A015323 | Value $500.00 |
|---|---|---|---|---|---|---|---|
| 1 | Color (s) Blue Steel | | General Description 9mm | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes Firearm is unregistered | |

385052490014

| Item No. | Type E | Quantity 26 | Article Bullets | Brand Luger | Model 9mm | Serial Number | Value $26.00 |
|---|---|---|---|---|---|---|---|
| 2 | Color (s) Gold Copper | | General Description 26 bullets in 30 round magazine that was attached to the firearm | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes | |

| Item No. | Type E | Quantity 1 | Article Gun Magazine | Brand | Model | Serial Number | Value $50.00 |
|---|---|---|---|---|---|---|---|
| 3 | Color (s) Blue Steel | | General Description 30 round Magazine attached to Firearm | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes | |

| Item No. | Type E | Quantity 1 | Article Gun Magazine | Brand Glock | Model | Serial Number 3208 | Value $35.00 |
|---|---|---|---|---|---|---|---|
| 4 | Color (s) Black | | General Description 10 round magazine | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes | |

| Item No. | Type E | Quantity 75 | Article Bullets | Brand Luger | Model | Serial Number | Value $75.00 |
|---|---|---|---|---|---|---|---|
| 5 | Color (s) gold/copper | | General Description | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes | |

| Item No. | Type E | Quantity 1 | Article Gun Bag | Brand Blanchi | Model | Serial Number | Value $30.00 |
|---|---|---|---|---|---|---|---|
| 6 | Color (s) black | | General Description | | | | |
| | Premises / Area / Room Taken From 961 N. Citrus | | Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other _____ | | | Additional Notes | |

| Property Types: | S Stolen | R Recovered | SR Stolen & Recovered | SK Safe Keeping | F Found | E Evidence |
|---|---|---|---|---|---|---|

| Reporting Officer / ID # J. Rocha 462 | Date 9/5/05 | Approved By: | Date: 9-6-05 | Total Loss This Page: $716.00 |
|---|---|---|---|---|
| Copies To: ☐ Chief ☐ NFP ☐ Patrol ☐ DET ☐ Traffic ☐ DMV ☐ CAU ☐ ABC (2) ☐ DA ☐ Other _____ | | Routed By: | Entered By: | |

## La Habra Police Department - CA 0301200
## Narrative Report

| Crime: | 925 C Incident Report | | Case Number: | 05-6165 | |
|---|---|---|---|---|---|
| Victim: | | | Date: 9/5/05 | Page No. 4 Of 5 | |
| Report By: J. Rocha 462 | | Approved By: _JN. Sgt_ | | Date: 9-6-05 | |

Total Property Dollar Loss Or Damage:
Unique Identifiers / M.O. / Statements:

### NARRATIVE

On 9/5/05 at approximately 2048 hours, Sergeant Johnstone, Officer T. Smith, and I were dispatched to an audible burglar alarm at 961 N. Citrus. Upon arrival the alarm was still audible and the front door was unlocked. At this time an additional officer was requested to assist in securing the residence. Officer Quinn then arrived on scene.

Officer T. Smith made announcements into the house advising that Officers were present. Since the burglar alarm had been audible, the front door was open, and no one identified themselves when announcements were made, entry was made into the house to secure it. A search to of the house was conducted with the assistance of Police Service Dog Astor for anyone inside the house. As Officers entered the master bedroom located on the second floor of the home, Sergeant Johnstone advised he found an unsecured "Tech 9" pistol next to the bed. Sergeant Johnstone remained with the weapon while the search of the home was completed.

I then saw the weapon in a black case. It had a 30 round magazine attached to it. The Magazine had 26 rounds in it, but there were no rounds in the chamber. Since the gun was found in plain sight and was unsecured, I collected it for safekeeping. A note for the homeowner was left on the bed with the case number advising the owner of the homeowner that the gun was being taken into safekeeping.

Officer Quinn then advised me that he spoke to a neighbor at 951 N. Citrus regarding the home. He advised that a male subject had fired a gun in the neighborhood approximately 2 weeks prior. The neighbor collected three empty shell casings from

### La Habra Police Department - CA 0301200
### Narrative Report

| Crime: | 925 C Incident Report | | Case Number: | | 05-6165 | |
|---|---|---|---|---|---|---|
| Victim: | | | Date: | 9/5/05 | Page No. 5 | Of 5 |
| Report By: | J. Rocha 462 | | Approved By: *Jb. Sct* | | | Date: 9·6·05 |

the ground.  The neighbor gave Officer Quinn the casings that she had collected.

Officer Quinn advised the casings that were given to him were the same type that were found in the gun.  The suspect possibly lived at 961 N. Citrus.  For further details refer to Officer Quinn's report (05-6166).

The house was locked and secured.  There were no subjects located in the residence.

A further records check of the gun revealed that there was no record available for the gun.  The gun had not been registered.  As a result the gun was booked pursuant to CPC 12276/Unregistered Assault Weapon.

EXHIBIT B

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE
NORTH JUSTICE CENTER
1275 N Berkeley Avenue, Fullerton, CA 92832.

## PROBATION ORDER

Defendant Name: **HEAD, CHARLES CHRISTOPHER**    Case No: **06NF0855**

Address:          961 N Citrus Drive ,                    Date Sentenced: 04/27/06
                  La Habra, CA 90631 USA.

AKAs:             Heap, Charles Christopher

DOB:              07/01/1974   Sex: M.   Hair: Brown       Height:  6' 2"
DLN:              B7365192 CA           Eyes: Brown        Weight:  160

Violation Date:   02/16/06                                 BAC:
Prosecuting Atty: Chinn, Kenneth                           BKG #:
Issuing Agency:   Orange County District Attorney          DR #:    05-6165

Date of Order:    04/27/06   Judge: Robbins, Roger B.      Dept:    N3

Balance Due $0.00

Charging Doc:  Original Complaint

| CNT | OL | CHARGE | | CNT | OL | CHARGE |
|-----|-----|--------|-|-----|-----|--------|
| 1   | M   | 12280(b) PC | | 2 | F | 118(a) PC |

Defendant present in Court with counsel Holly Zebari , Retained Attorney .

Count 1 , 12280(b) PC ,reduced to misdemeanor pursuant to Penal Code 17(b) at
request of People .

Defendant's motion to withdraw plea of NOT GUILTY and enter plea of Guilty as to
count(s) 1 of the Original Complaint granted.

Count(s) 2 DISMISSED - Motion of People .

No legal cause why judgment should not be pronounced and defendant having
Pled Guilty to count(s) 1 , Imposition of sentence is suspended and defendant is
placed on 3 Year(s) INFORMAL PROBATION on the following terms and
conditions:

Violate no law.

Obey all laws, orders, rules, and regulations of the Court and Jail .

Do not own, use, or possess any type of dangerous or deadly weapon

Pay $100.00 Restitution Fine pursuant to Penal Code 1202.4 or Penal Code
1202.4(b).

Pay Security Fee(s) pursuant to Penal Code 1465.8 totaling $20.00 .

Pay $1,000.00 Restitution Fine pursuant to Penal Code 1202.4(f).

Payment of fee(s) stayed to 10/24/2006 .

Complete 40 Hours    Community Service as directed by court as to count(s) 1 .

Defendant ordered to report to Community Service forthwith .

EXHIBIT C

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number   06NF0855 F A**

## People Vs HEAD, CHARLES CHRISTOPHER

| Report Request Criteria |
| --- |
| 1. Docket Date Range      : Date filter |
| 2. Sequnce Number Range : Sequence filter |
| 3. Docket Category         : Category filter |

| Docket Dt | Seq | Text |
| --- | --- | --- |
| 2/19/2021 | 1 | **Hearing held on 02/19/2021 at 09:30:00 AM in Department C37 for Motion Vacate Judgment.** |
| | 2 | Judicial Officer: Jonathan Fish, Judge |
| | 3 | Clerk: D. Ibarra |
| | 4 | Bailiff: E. B. Heflin |
| | 5 | Court Reporter: Andrea M Chavez |
| | 6 | Per applicable law, including Code of Civil Procedure 124, this proceeding is being live streamed as described on the Orange County Court Website. The court notes that we are currently in the COVID-19 pandemic and previous judicial orders issued in that regard. |
| | 7 | Matter heard by video. |
| | 8 | Appearance made by Matthew O. Plunkett, Deputy District Attorney, by video. |
| | 9 | Defendant not present in Court represented by Matthew Darling, Public Defender. |
| | 10 | Defendant's appearance is waived pursuant to Penal Code 977(a). |
| | 11 | Court read and considered Motion to Vacate Conviction pursuant to Penal Code section 1473.7(a)(2). |
| | 12 | No objection by People. |
| | 13 | Both parties agree that the defendant was factually innocent at the time of the plea. |
| | 14 | Motion granted. |
| | 15 | Oral motion by Petitioner to withdraw guilty plea. |
| | 16 | Motion granted. |
| | 19 | **Defendant's motion to WITHDRAW GUILTY PLEA to count(s) 1 granted.** |
| | 20 | Oral motion by Petitioner to dismiss case. |
| | 21 | No objection by People. |
| | 22 | Motion granted. |
| | 24 | Case dismissed - pursuant to Penal Code 1385 - Furtherance of justice. |
| | 25 | Court finds that the defendant is factually innocent. |
| | 26 | Certified Copy of Minute Order given to defense counsel |

EXHIBIT D

# Contact Us

Esta página en Español » (contact-es.aspx)

**Hearing impaired?** Please call the California Relay Service at (800) 735-2929 (tel:+1-800-725-2929)

## California Victim Compensation Board (/victims/)

**Customer Service: contact Customer Service with questions about victim compensation claims**
P.O. Box 3036
Sacramento, CA 95812-3036
Phone: (800) 777-9229 (tel:+1-800-777-9229)
(916) 491-3600 (tel:+1916-491-3600)
Fax: (866) 902-8669
info@victims.ca.gov (mailto:info@victims.ca.gov)

**Social Media**
Facebook (https://www.facebook.com/CaliforniaVictimCompensationBoard/)
Twitter (https://twitter.com/HelpingVictims)
YouTube (https://www.youtube.com/user/CaliforniaVCP)

## Government Claims Program (http://www.dgs.ca.gov/orim/Pr

## CalVCB Custodian of Records

(916) 491-3605 (tel:+1-916-491-3605)
custodianofrecords@victims.ca.gov (mailto:custodianofrecords@victims.ca.gov)

## Restitution (restitution/), Lien, and Overpayment Inquiries

**Court ordered debt information and restitution fine/order account questions**
P.O. Box 1348
Sacramento, CA 95812-1348
(916) 324-1933 (tel:+1-916-324-1933)
CODRestitution@victims.ca.gov (mailto:codrestitution@victims.ca.gov)

**General restitution inquires**
VictimRestitution@victims.ca.gov (mailto:VictimRestitution@victims.ca.gov)

**General lien and overpayment inquires**
(916) 491-3766 (tel:+1-916-491-3766)
liens@victims.ca.gov (mailto:liens@victims.ca.gov)

## Legislation Section

**Questions about claims against the State**
P.O. Box 3035
Sacramento, CA 95812-3035
(800) 955-0045 (tel:+1-800-955-0045)
gcinfo@dgs.ca.gov (mailto:gcinfo@dgs.ca.gov)

# Board Meeting Inquiries (board/meetings.aspx)

P.O. Box 48
Sacramento, CA 95812-0048
(888) 525-7157 (tel:+1-888-525-7157)
board.meeting@victims.ca.gov
(mailto:board.meeting@victims.ca.gov)

# News, Media and Outreach Division (media/default.aspx)

**Media/press, large publications, and events**
P.O. Box 48
Sacramento, CA 95812-0048
(916) 491-6400 (tel:+1-916-491-6400)
PublicAffairs@victims.ca.gov
(mailto:PublicAffairs@victims.ca.gov)

Gretchen Zeagler, Chief, Public Affairs and
Outreach
(916) 491-3625 (tel:+1-916-491-3625)
Gretchen.Zeagler@victims.ca.gov
(mailto:gretchen.zeagler@victims.ca.gov)

# Tribal Liaison (/tribal.aspx)

**Government-to-government relationships
between California Indian Tribes and the State
of California**
Natalie Mack, Deputy Executive Officer, Victim
Compensation Program
(916) 491-6400 (tel:+1-916-491-6400)
Natalie.Mack@victims.ca.gov
(mailto:Natalie.Mack@victims.ca.gov)

# (law/legislation/default.aspx)

P.O. Box 48
Sacramento, CA 95812-0048
(916) 491-3506 (tel:+1-916-491-3506)
legislation@victims.ca.gov
(mailto:legislation@victims.ca.gov)

# Small Business Advocate

**Small Business/DVBE Advocate
(https://www.dgs.ca.gov/PD/Resources/Page-
Content/Procurement-Division-Resources-List-
Folder/Small-Business-Disabled-Veteran-
Business-Enterprise-Advocate-Directory)**
P.O. Box 1348
Sacramento, CA 95812-1348
Kerensa Khan
(916) 491-6469 (tel:+1-916-491-6469)
Kerensa.Khan@victims.ca.gov
(mailto:Kerensa.Khan@victims.ca.gov)

**About the Board**          **CalVCB**                    **Restitution**

Board Meetings

Board Members

Board Actions

CalVCB Publications

Executive Staff

Job Opportunities

Laws

Tribal Consultation Policy

CalVCB / CalVCB (en Español)

How to Apply / Solicitar Compensación de Víctima

Who's Eligible / Quién es Elegible

What's Covered / Lo que está Cubierto

Victim Advocates

Forms / Formularios de CalVCB

Local Help / Ayuda Local a Víctimas del Delito

Service Providers

Learn

Report Fraud

What is Restitution?

County Rebate

Inmate Inheritance

OVSRS

Restitution FAQs

Training

Publications

Regulations

Statutes

Legislation

PC 4900 Cases

Media Center Contacts

News Releases

Publications

Social Media

Video

Events Calendar

Public Records Request

Back to Top      Conditions of Use      Privacy Policy      Accessibility      Download Plugins

Contact Us      Google Translate

© 2016 State of California

CHARLES HEAD #12
Federal Correctional Institution
P.O. Box 1000
Cumberland, Md. 21501-1000



UNITED STATE
CENTRAL DIST
255 EAST T
SUITE TS-1
LOS ANGELE
ATTN: PRO SE C

CERTIFIED MAIL

7019 2970 0001 1410 7 908

Legal Mail



S DISTRICT COURT
RICT OF CALIFORNIA
EMPLE STREET
34
S, CA 90012

LERK

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



FEDERAL CON~ ~~~~ ~~~~ ~~~~TUTION
14801 BU~ ~~~~ ~~~~O, SE
CUMBERLAND, ~~~~ ~~~~ ~~~~

THE ENCLOSED LE~~~ ~~~ WAS PROCESSED
THROUGH SPECIAL ~~~~~~ PROCEDURES
FOR FORWARDING TO ~~~. THE LETTER ~~S
BEEN NEITHER OP~~ ~~ NOR INSPECTED.
IF THE WRITER ~~~ ~~ A QUESTION OR
PROBLEM OVER W~~~ ~HIS FACILITY HAS
JURISDICTION, YOU ~~~ ~~SH TO RETURN
THE MATERIAL FOR ~~~~HER INFORMATION
OR CLASSIFICA~~~~ ~~~ THE WRITER
ENCLOSES CO~~~~SPONDENCE FOR
FORWARDING TO ~~OTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.