Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendant Officer Rocha

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HEAD,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER J ROCHA, KENNETH CHIN and JOHN DOE,<br><br>    Defendants. | NO. 8:21-cv-01317 DOC (DFM)<br><br>**DECLARATION OF BRUCE D. PRAET IN SUPPORT OF DEFENDANT ROCHA'S MOTION TO DISMISS, WITH EXHIBITS**<br><br>**[F.R.Civ.P. Rule 12(b)6]**<br><br>**DATE: January 31, 2022**<br>**TIME: 8:30 a.m.**<br>**CTRM: 9D** |

I, Bruce D. Praet, declare and say:

1. I am an attorney duly licensed to practice before this and all courts in the state of California and that I am lead counsel for the Defendant in this action. Except where expressly stated to the contrary, I make this declaration from personal knowledge in support of Defendant's Motion to Dismiss. If called as a witness, I would testify in conformity with this declaration.

2. Attached hereto as Exhibit "1" is a true and correct copy of Plaintiff's Motion to Vacate Sentence Under *Penal Code Section 1473.7(a)(2)*.

3. Attached hereto as Exhibit "2" is a true and correct copy the Judgment in a Criminal Case, Docket 983, re Plaintiff, née defendant, Charles Head.

1     4.     Attached hereto as Exhibit "3" is a true and correct copy of the People's Stipulation to Plea Withdrawal and Motion to Dismiss Under *Penal Code Section 1385(a)*, Case No. 06NF0855, Orange County Superior Court.

    I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on December 21 2021, at Santa Ana, California.

                                    /s/ Bruce D. Praet
                                    Bruce D. Praet

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On December 21, 2021, I served the foregoing **DECLARATION OF BRUCE D. PRAET IN SUPPORT OF DEFENDANT ROCHA'S MOTION TO DISMISS**, **WITH EXHIBITS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Charles Head
Reg No. 45494-112
FCI Cumberland
PO Box 1000
Cumberland, MD 24501

XXX (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

___ (State)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2021, at Santa Ana, California.

                                              /s/ Cathy Sherman
                                              Cathy Sherman