**EXHIBIT "1"**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ORANGE

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 0 7 2021

DAVID H. YAMASAKI, Clerk of the Court

BY:_____D. IBARRA_____, DEPUTY

CHARLES HEAD,                    No. 06NF0855
Petitioner

-vs-                             MOTION TO VACATE

STATE OF CALIFORNIA,             SENTENCE UNDER
Respondent                       PENAL CODE SECTION
                                 1473.7 (a)(2)

        Petitioner, Charles Head, appearing in pro
se, humbly moves the Court for an order vacating
his sentence pursuant to Ca. P.C. Section 1473.7
(a)(2) due to the facts presented in the
attached declaration and the newly discovered
evidence of actual innocence presented
therein including Petitioner's probation
report. Petitioner also requests that the Court
consider his previously submitted facts asserted
in his Petition for Writ of Error Coram Nobis
(Case #M-18675) in the Court's determination of
whether to grant the relief requested.

            A r g u m e n t

    Petitioner was convicted and sentenced in

-1-

Exhibit "1"                                    Page 3

the instant criminal case for violating Penal Code
Section 12280(b), possession of an assault weapon.
(Dec. at 24)

In the report that the prosecutor relied upon
to charge Petitioner with the above violation,
La Habra Police Officer J. Rocha stated that
Petitioner's weapon was "unregistered." (Dec.
at 17). Petitioner's retained counsel, Holly Zebari,
indicated to Petitioner that there was no record
of registration for his Intratec brand model
AB-10, serial no. A015323 firearm which was the
basis for Petitioner's conviction. (Dec. at 18-19)
Based upon the above and without evidence to
the contrary, Petitioner plead guilty to the
above indicated crime.

Recently, while investigating his cases in regards
to habeas corpus filings for the same, Petitioner
discovered evidence that his weapon was indeed
registered in the California Automated Firearms
System. (Dec. at 21-23) Based upon this
newly discovered evidence, Petitioner moves
the Court for an Order vacating his conviction
and the penalties associated with said
conviction as indicated in Exhibit E.

-2-
Exhibit "1"                                    Page 4

Respectfully submitted,

Dated: 12/8/20

CHARLES C. HEAD
Prisoner no. 45494-112
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501-1000
(301) 784-1000

- 3 -
Exhibit "1"                    Page 5

Declaration of Charles Head

Charles Head states:

1. I submit this sworn declaration in support of my Motion to Vacate Sentence under Penal Code Section 1473.7 (a)(2).

2. Sometime after I left active duty in the United States Army in 1996 or 1997 — I cannot remember the exact date — I purchased a gun, a Intratec brand firearm and model "AB-10" with the serial no. A015323. I purchased this weapon from a licensed gun dealer somewhere in Huntington Beach, California and registered said weapon in accordance with the law.

3. Sometime in the fall of 2005, I returned from a vacation to my CA residence at 961 N. Citrus Dr., La Habra to find a note on my master bedroom night stand stating that the La Habra P.D., responding to a complaint about my house alarm, had "secured" my firearm discovered "in plain view" on the floor of my bedroom.

4. I was irate because I knew that my firearm was kept inside a range bag underneath my bed which had a dust ruffle and there was no way possible for my gun to be "in plain view" as the note alleged.

5. I had a friend who was watching my home while I was gone and when he returned to the home I questioned him about what happened. Jay stated that he knew nothing about my burglar alarm malfunctioning and that he hadn't been inside the master bedroom as he was sleeping in the guest wing of the home.

6. I made numerous calls to the La Habra P.D. and was told I could pick up my weapon only after speaking to a detective.

7. I went to the La Habra P.D. and spoke to a property officer who explained to me that I had to submit a "Law Enforcement Gun Release" application to the Dept. of Justice Firearms Division to determine if my gun could be released to me.

8. Exhibit A is a copy of the document the property officer gave me on the day that I asked her about the return of my seized firearm.

9. Utilizing the document that I received from the property officer, my girlfriend, Kaelyn Rhodes downloaded the proper application from www.ag.ca.gov/firearm and filled it out, after which, I signed it and she mailed it for me.

10. The document (Exhibit A) incorrectly identifies my firearm as being a "Lugar" make although the make is actually Intratec. My girlfriend transposed the information onto the application sent to the D.O.J. Firearm Division exactly as it appeared on the document. We did not have the actual weapon because it was in police custody. Due to the time that had passed, since the purchase, I no longer had the paperwork concerning the purchase of the firearm to reference to.

11. In mid-January I received a letter dated 1-13-2006 from the D.O.J. Firearms Division which states my "eligibility to possess firearms."

12. Exhibit B is a copy of the letter I received from the Firearms Division indicated above (at #11).

13. I made several calls to the La Habra P.D. attempting to make an appointment with the detective who I was told had to release my gun to me since, according to the La Habra P.D., it was now considered to be "evidence of a crime." Eventually, on 2-14-2006, I met with a La Habra P.D. detective who, at the police station, asked me if the firearm was mine and arrested me upon my stating that the firearm was mine.

- 3 -
Exhibit "1"

14. According to the arresting officer, I had committed "perjury" by falsely describing the Intratec make firearm as a Lugar make firearm. Additionally, I was told that I had "failed to register the firearm," though I knew that I had and explained as much to the officer to no avail.

15. Exhibit C is the Police Report for case number 05-6165, the report related to the police seizing my (lawfully obtained) firearm from my home on 9-5-2005. In this report, on page 3 of 5, the "Property Report," at "Item No. 2, the author indicates that the brand of the 26 bullets seized from my residence were "Lugar." Item No. 1 of said report indicates that the brand [make] of the seized firearm is "Intratec."

16. On information and belief, the property officer that prepared the property document (Exhibit A) erroneously transposed the make information onto the document by reading the brand information for the seized bullets instead of the brand information for the seized firearm (see Exhibit C at page 3 of 5).

17. The "Narrative Report" of Officer J. Rocha (Exhibit C, page 5 of 5) states "[a] further records check of the gun revealed that

there was no record available for the gun.
The gun had not been registered. As a result
the gun was booked pursuant to CPC 12276 /
Unregistered Assault Weapon." This untrue
statement lead to my charge and conviction
in the instant case.

18. I hired Attorney Holly Zebari to represent
me in this matter. Ms. Zebari told me that she
searched the records and there was no evidence
of my registering my Intratec AB-10 firearm
with the serial number A015323 in California
although I indicated to her that I had.

19. Based upon the representations of my
lawyer, Holly Zebari, and the assertions of
Officer J. Rocha, who prepared the police report
(Exhibit C), I pled guilty to a misdemeanor
violation of Penal Code section 12280 (b), possession
of an assault weapon. I couldn't prove my innocence
without evidence so I was compelled to acquiesce
to said charge.

20. I filed motions to vacate both of my
federal convictions. During the investigation
of these cases (2:08-cr-116 and 2:08-098, E.D.
Cal.), I discovered that my Intratec AB-10 firearm
with the serial no. A015323 was registered and
that a record existed of said registration in

the California Automated Firearms System.

21. Exhibit D is page 15 of a 49 page document prepared by a Mr. Richard A. Ertola, Chief U.S. Probation Officer for the Eastern Dist. of California. In this Report, Mr. Ertola indicates that "[a]ccording to the Automated Firearms System (California), the following three firearms are in the name of the defendant [Charles Head]: ... 'Tech 9' assault weapon (Serial No. A015323). The defendant reported that... the Tech 9 was taken by the police...."

22. The Report (Exhibit D) of Mr. Richard A. Ertola was submitted to the Court and can be found on the docket of case no. 2:08-cr-093-KJM in the District Court for the Eastern District of California at document number 965.

23. The federal Bureau of Prisons prohibits prisoners from possessing their PreSentence Investigation Report and, due to this policy combined with my trial attorney's failure to provide me with portions of my case records, and the fact that the court filing is sealed on the court docket — see doc. no. 965 — I only recently discovered the evidence indicated above.

24. I received a $1,000 fine and 40 hours of community service. I paid said fine and completed the community service. I also received 3 years of informal probation. Exhibit E is a copy of my PROBATION ORDER in the instant case.

25. My sentence imposed by the judge in case number 2:08-cr-093 was enhanced by the fact that I had an order of probation in California during the time of my alleged federal offense and due to my conviction in the instant matter. Should this Court overturn my conviction in the State of CA, I may move the federal court for a reduction in sentence due to the above indicated erroneous conviction and related PROBATION ORDER.

26. Due to the conditions of my confinement, I cannot submit the entirety of my probation report to the Court at this time — we are on 24/7 lockdown due to COVID-19 outbreaks here — however if it pleases the Court, I can have my lawyer send a copy directly to the chambers of the Court in its entirety.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct.

Dated: 12/8/20

Charles C. Head

# EXHIBIT A

85-6165

Dear Mr. :

This Department is currently in possession of the below listed firearm(s). A records check has indicated that you are the owner of the firearm(s). The firearm(s) listed are now available for release.

| MAKE | MODEL | TYPE | SERIAL # | CALIBER |
|------|-------|------|----------|---------|
| Luger | AB 10 | Pistol | A 015323 | 9 mm |

Prior to the release of the firearm(s), pursuant to Penal Code 12021.3, you must submit a "Law Enforcement Gun Release" application to the Department of Justice. Upon receipt, the DOJ will conduct a record's check and determine if the firearm(s) may be released to you. You may contact the Department of Justice Firearms Division at (916) 263-4887 or at www.ag.ca.gov/firearms to obtain the application and instructions.

Pursuant to Penal Code 12021.3(g), this agency is not required to retain firearms for more than 180 days after the owner has been notified by the agency that the firearm is available for release. *Any unclaimed firearm will be disposed of after the 180-day period has expired.*

Please contact the Property Department at (562) 905-9621 within 180 days of this letter to arrange for the proper disposition of the firearm(s). Property is release by appointment only.

Sincerely,

Dennis R. Kies
Chief of Police

By: Linda Kerchner/ Betty Swindell
    LHPD Property Officers

Exhibit "1"                                                        Page 14



# EXHIBIT B

**BILL LOCKYER**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



FIREARMS DIVISION
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-5670
Facsimile: (916) 227-3744

JANUARY 13, 2006

Charles Christopher Head
961 N Citrus Dr
La Habra Ca 90631

RE:   Receipt Confirmation for Firearm(s) reported as either Operation
of Law, Intrafamilial Transfer, or Law Enforcement Firearm Release

Dear Charles Christopher Head:

     This is to acknowledge that the Department of Justice has
processed your request and has made an entry into the Automated
Firearms System for the following firearms(s):

| MAKE | MODEL | SERIAL NUMBER | CALIBER |
|------|-------|---------------|---------|
| LUG  | AB10  | A015323       | 0009    |

     A firearms eligibility check has been completed confirming
your eligibility to possess firearms. If this is pertaining to a
firearm being held by a law enforcement agency, the agency may
return the firearm to you only if you present this letter to the
agency within 30 days of the date on this letter. If you have any
questions concerning this information, please contact the Firearms
Division at (916) 227-5670.

                              Sincerely,

                              BILL LOCKYER
                              Attorney General

                              STEVE BUFORD, Program Manager
                              Firearms Division

05-6165

# EXHIBIT C

| A ☐ CRIME REPORT | | |
|---|---|---|
| S ☒ INCIDENT REPORT | | |
| K ☐ COURTESY REPORT | | |
| U ☐ UNFOUNDED/CANCEL | | |
| ☐ DOMESTIC VIOLENCE | | |

**LA HABRA POLICE DEPARTMENT**
**150 N. EUCLID STREET**
LA HABRA, CALIFORNIA 90631
**562.905.9750     FAX: 562.905.9779**

# POLICE REPORT

**CASE NUMBER**
05-6165

**REFER OTHER REPORTS**
05-6166

DETECTIVE:

## CRIME INFORMATION

| CODE SECTION | CRIME | | CLASSIFICATION | LOSS/DAMAGE | UCR CODE |
|---|---|---|---|---|---|
| 925 C | Suspicious Circumstances Incident Report | | | | 927100 |
| CODE SECTION | CRIME | | CLASSIFICATION | LOSS/DAMAGE | UCR CODE |
| | | | | | |

| SPECIFIC LOCATION OF CRIME | | | | TYPE OF PREMISES | | DATE REPORTED | TIME REPORTED |
|---|---|---|---|---|---|---|---|
| 961 N. Citrus La Habra CA 90631 | | | | House | | 9/5/2005 | 2034 |

| BUSINESS NAME | OCCURRED ON/OR BETWEEN | DATE 9/5/2005 | DAY Mon | TIME 2034 | AND | DATE | DAY | TIME |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## VICTIM INFORMATION

| NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|
| | | | | | |
| RESIDENCE ADDRESS | CITY | ZIP | RES PHONE | | |
| | | | | | |
| BUSINESS ADDRESS | CITY | ZIP | BUS PHONE | | |
| | | | | | |

## ADDITIONAL PARTY INFORMATION    CODES: V - VICTIM W - WITNESS RP - REPORTING PARTY O - OFFICER

| CODE | NAME (Last, First, Middle) | OCCUPATION | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
|---|---|---|---|---|---|---|
| O | Sergeant Johnstone | Police Officer | | | | |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| | | | | | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |
| CODE O | NAME (Last, First, Middle) Officer T. Smith | OCCUPATION Police Officer | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| | | | | | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |
| CODE O | NAME (Last, First, Middle) Officer Quinn | OCCUPATION Police Officer | DOB | AGE | SEX | ☐ WHT ☐ HISP ☐ BLK ☐ OTHER: |
| RESIDENCE ADDRESS | | CITY | ZIP | RES PHONE | | |
| | | | | | | |
| BUSINESS ADDRESS 150 N. Euclid | | CITY La Habra | ZIP 90631 | BUS PHONE 562-905-9750 | | |

## VICTIM VEHICLE INFORMATION

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | BODY 0☐ UNK 2☐ 4DR 4☐ P/U 6☐ VAN 8☐ RV STYLE: 1☐ 2DR 3☐ CONV 5☐ TRK 7☐ SW 9☐ M/C 10☐ OTHER: |
|---|---|---|---|---|---|
| | | | | | |
| COLOR/COLOR | | OTHER CHARACTERISTICS | | DISPOSITION OF VEHICLE | |
| | | | | | |

| FACTORS Q01 | EVIDENCE Q02 |
|---|---|

| | |
|---|---|
| ☐ 1 THERE IS A WITNESS TO THE CRIME<br>☐ 2 A SUSPECT WAS ARRESTED<br>☐ 3 A SUSPECT WAS NAMED<br>☐ 4 A SUSPECT CAN BE LOCATED<br>☐ 5 A SUSPECT CAN BE DESCRIBED<br>☐ 6 A SUSPECT CAN BE IDENTIFIED<br>☐ 7 A SUSPECT VEHICLE CAN BE IDENTIFIED<br>☐ B THERE IS IDENTIFIABLE STOLEN PROPERTY | ☐ 9 THERE IS A SIGNIFICANT M.O.<br>☐ 10 SIGNIFICANT PHYSICAL EVIDENCE PRESENT<br>☐ 11 THERE IS A MAJOR INJURY/SEX CRIME<br>☐ 12 THERE IS A GOOD POSSIBILITY OF A SOLUTION<br>☐ 13 FURTHER INVESTIGATION NEEDED<br>☐ 14 THE CRIME IS GANG RELATED<br>☐ 15 THE CRIME IS HATE RELATED<br>☐ 16 ELDER ABUSE | ☐ 0 NONE<br>☐ 1 FINGERPRINTS<br>☐ 2 TOOLS<br>☐ 3 TOOL MARKING<br>☐ 4 GLASS<br>☐ 5 PAINT<br>☐ 6 BULLET CASING<br>☐ 7 BULLET | ☐ 8 RAPE KIT<br>☐ 9 SEMEN<br>☐ 10 BLOOD<br>☐ 11 URINE<br>☐ 12 HAIR<br>☒ 13 FIREARMS<br>☐ 14 PHOTOGRAPHS<br>☐ 15 OTHER: |

| REPORTING OFFICER J. Rocha | ID 462 | DATE 9/5/2005 | APPROVED BY M. Set | ID 240 | DATE 9 6 05 |
|---|---|---|---|---|---|
| COPIES TO | ☐ ADMIN ☐ NFP ☐ PATROL ☐ INVEST ☐ TRAFFIC ☐ CRIME ANALYSIS ☐ DMV ☐ ABC ☒ DA ☐ OTHER: | | ROUTED BY JC | ENTERED BY X | PAGE 1 OF 8 |

Rev: 07/04

Habra Police Department    CASE NUMBER: 05-6165    PAGE 2 OF 5

**BUSINESS**   8828   7   Q03

- [ ] 1. BANK / SAV LOAN FINANCE CREDIT UNION
- [ ] 2. BAR
- [ ] 3. CLEANERS / LAUNDRY
- [ ] 4. CONSTRUCTION SITE
- [ ] 5. THEATER
- [ ] 6. FAST FOODS
- [ ] 7. GAS STATION
- [ ] 8. HOTEL / MOTEL
- [ ] 9. DEPT / DISCOUNT STORE
- [ ] 10. GUN / SPORT GOODS
- [ ] 11. JEWELRY STORE
- [ ] 12. LIQUOR STORE
- [ ] 13. PHOTO STAND
- [ ] 14. CONVENIENCE STORE
- [ ] 15. RESTAURANT
- [ ] 16. SUPERMARKET
- [ ] 17. TV / RADIO
- [ ] 18. AUTO PARTS SALES
- [ ] 19. BICYCLE SALES
- [ ] 20. CAR / MOTORCYCLE SALES
- [ ] 21. CLOTHING STORE
- [ ] 22. HARDWARE
- [ ] 23. MEDICAL
- [ ] 24. OFFICE BUILDING
- [ ] 25. SHOE STORE
- [ ] 26. WAREHOUSE
- [ ] 27. OTHER

**RESIDENCE**

- [ ] 28. APARTMENT
- [ ] 29. CONDOMINIUM
- [ ] 30. DUPLEX / FOUR PLEX
- [ ] 31. GARAGE ATTACHED
- [ ] 32. GARAGE DETACHED
- [x] 33. HOUSE
- [ ] 34. MOBILE HOME
- [ ] 35. OTHER

**PUBLIC**

- [ ] 36. CHURCH
- [ ] 37. HOSPITAL
- [ ] 38. PARK / PLAYGROUND
- [ ] 39. PARKING LOT
- [ ] 40. PUBLIC BUILDING
- [ ] 41. SCHOOL
- [ ] 42. SHOPPING MALL
- [ ] 43. STREET / HIGHWAY / ALLEY
- [ ] 44. OTHER

**VEHICLE**

- [ ] 45. CAMPER
- [ ] 46. MOTOR HOME
- [ ] 47. PASSENGER CAR
- [ ] 48. PICK / UP
- [ ] 49. TRAILER
- [ ] 50. TRUCK
- [ ] 51. VAN
- [ ] 52. OTHER

**POINT OF ENTRY**   8   Q04

- [ ] 0. UNKNOWN
- [x] 0. N / A
- [ ] 1. FRONT
- [ ] 2. REAR
- [ ] 3. SIDE
- [ ] 4. DOOR
- [ ] 5. WINDOW
- [ ] 6. SLIDING GLASS DOOR
- [ ] 7. BASEMENT
- [ ] 8. ROOF
- [ ] 9. FLOOR
- [ ] 10. WALL
- [ ] 11. DUCT / VENT
- [ ] 12. GARAGE
- [ ] 13. ADJACENT BUILDING
- [ ] 14. GROUND LEVEL
- [ ] 15. UPPER LEVEL
- [ ] 16. OTHER

**METHOD OF ENTRY**   2   Q05

- [ ] 0. UNKNOWN
- [x] 0. N / A
- [ ] 1. NO FORCE USED
- [ ] 2. ATTEMPT ONLY
- [ ] 3. BODILY FORCE
- [ ] 4. BOLT CUT I PLIERS
- [ ] 5. CHANNEL LOCKS / PIPE WRENCH / VICE GRIPS
- [ ] 6. SAW / DRILL / BAR
- [ ] 7. SCREWDRIVER
- [ ] 8. TIRE IRON
- [ ] 9. UNKNOWN PRY BAR
- [ ] 10. COAT HANGER WIRE
- [ ] 11. KEY SLIP SHIM
- [ ] 12. PUNCH
- [ ] 13. REMOVE LOUVERS
- [ ] 14. WINDOW SMASH
- [ ] 15. BRICK / ROCK
- [ ] 16. HID IN BUILDING
- [ ] 17. OTHER

**VEHICLE ENTRY**   10   Q06

- [ ] 0. UNKNOWN
- [x] 0. N/A
- [ ] 1. DOOR / LOCK FORCED
- [ ] 2. TRUNK FORCED
- [ ] 3. WINDOW BROKEN
- [ ] 4. WINDOW FORCED
- [ ] 5. WINDOW OPEN
- [ ] 6. UNLOCKED
- [ ] 7. OTHER

**PROPERTY ATTACKED**   11   Q07

- [ ] 0. UNKNOWN
- [x] 0. N / A
- [ ] 1. CASH NOTES
- [ ] 2. CLOTHES I FUR
- [ ] 3. CONSUMABLE GOODS
- [ ] 4. FIREARMS
- [ ] 5. HOUSEHOLD GOODS
- [ ] 6. JEWELRY METALS
- [ ] 7. LIVESTOCK
- [ ] 8. OFFICE EQUIPMENT
- [ ] 9. TV / RADIO / CAMERA
- [ ] 10. MISCELLANEOUS
- [ ] 11. OTHER

**SEX CRIMES ONLY**   12   Q08

- [ ] 1. SUSPECT CLIMAXED
- [ ] 2. UNKNOWN / CLIMAXED
- [ ] 3. VICTIM BOUND I TIED
- [ ] 4. VICTIM INJURED
- [ ] 5. COVERED VICTIM FACE
- [ ] 6. PHOTOGRAPHED VICTIM
- [ ] 7. VICTIM ORALLY COPULATED SUSPECT
- [ ] 8. SUSPECT ORALLY COPULATED VICTIM
- [ ] 9. RAPE BY INSTRUMENT (FOREIGN OBJECTS)
- [ ] 10. SODOMY
- [ ] 11. SUGGESTED VICTIM COMMIT LEWD PERVERTED ACT
- [ ] 12. INSERTED FINGER INTO VAGINA
- [ ] 13. FORCED VICTIM TO FONDLE SUSPECT
- [ ] 14. SUSPECT FONDLED VICTIM
- [ ] 15. MASTURBATED SELF
- [ ] 16. OTHER

**BURGLARY ONLY**   13   Q09

IS MEMBER OF NEIGHBORHOOD WATCH?
1. [ ] YES    2. [ ] NO

IS MEMBER OF OPERATION IDENTIFICATION?
3. [ ] YES    4. [ ] NO

INTERESTED IN NEIGHBORHOOD WATCH?
5. [ ] YES    6. [ ] NO

HAD HOME BUSINESS INSPECTION?
7. [ ] YES    8. [ ] NO

WHEN?

**SUSPECT (S) ACTIONS**   14   Q10

- [ ] 1. ALARM DISABLED
- [ ] 2. ARSON
- [ ] 3. ATE / DRANK ON PREMISES
- [ ] 4. BLINDFOLDED VICTIM
- [ ] 5. CAT BURGLAR
- [ ] 6. DEFECATED / URINATED
- [ ] 7. DEMANDED MONEY
- [ ] 8. DISROBED VICTIM FULLY
- [ ] 9. DISROBED VICTIM PARTIALLY
- [ ] 10. FIRED WEAPON
- [ ] 11. FORCED VICTIM TO MOVE
- [ ] 12. FORCED VIC INTO VEHICLE
- [ ] 13. HAD BEEN DRINKING
- [ ] 14. INDICATION MULTI SUSPS.
- [ ] 15. INFLICTED INJURIES
- [ ] 16. KNEW LOCATION OF HIDDEN CASH
- [ ] 17. MADE THREATS
- [ ] 18. PLACED PROPERTY IN SACK / POCKET
- [ ] 19. PREPARED EXIT
- [ ] 20. RANSACKED
- [ ] 21. RIPPED / CUT CLOTHING
- [ ] 22 SELECTIVE IN LOOT
- [ ] 23. SHUT OFF POWER
- [ ] 24. SMOKED ON PREMISES
- [ ] 25. SEARCHED VICTIM
- [ ] 26. STRUCK VICTIM
- [ ] 27. SUSPECT ARMED
- [ ] 28. THREATENED RETALIATION
- [ ] 29. TOOK ONLY CONSUMABLES
- [ ] 30. TOOK VICTIMS VEHICLE
- [ ] 31. TORTURED
- [ ] 32. UNDER INFLUENCE DRUGS
- [ ] 33. USED DEMAND NOTE
- [ ] 34. USED LOCKOUT
- [ ] 35. USED DRIVER
- [ ] 36. USED MATCH / CANDLE
- [ ] 37. USED VICTIM NAME
- [ ] 38. USED VICTIM'S SUITCASE / PILLOWCASE
- [ ] 39. USED VICTIM'S TOOLS
- [ ] 40. VEHICLE NEEDED TO REMOVE PROPERTY
- [ ] 41. CUT / DISCONNECTED PHONE
- [ ] 42. CASED LOCATION BEFORE CRIME
- [x] 43. OTHER   N/A

**TRADEMARKS**

**SUSPECT PRETENDED TO BE**   15   Q11

- [x] 0. N/A
- [ ] 1. CONDUCTING SURVEY
- [ ] 2 CUSTOMER / CLIENT
- [ ] 3. DELIVERY PERSON
- [ ] 4. DISABLED MOTORIST
- [ ] 5. DRUNK
- [ ] 6. EMPLOYEE / EMPLOYER
- [ ] 7. FRIEND / RELATIVE
- [ ] 8. ILL / INJURED
- [ ] 9. NEED PHONE
- [ ] 10. POLICE / LAW
- [ ] 11. RENTER
- [ ] 12. REPAIRMAN
- [ ] 13. SALE OF ILLICIT GOODS
- [ ] 14. SALES PERSON
- [ ] 15. SEEK ASSISTANCE
- [ ] 16. SEEK DIRECTIONS
- [ ] 17. SEEKING SOMEONE
- [ ] 18. SOLICIT FUNDS
- [ ] 19. OTHER

**PHYSICAL SECURITY**   16   Q12

- [ ] 0. UNKNOWN
- [x] 0. N / A
- [ ] 1. AUDIBLE ALARM
- [ ] 2. SILENT ALARM
- [ ] 3. PRIVATE SECURITY PATROL
- [ ] 4. DOG
- [ ] 5. STANDARD LOCKS
- [ ] 6. AUXILIARY LOCKS (Deadbolts, Windows Etc.)
- [ ] 7. WINDOW BARS / GRILLS
- [ ] 8. OUTSIDE LIGHTING ON
- [ ] 9. INSIDE LIGHTING ON
- [ ] 10. GARAGE DOOR LOCKED
- [ ] 11. OBSCURED INTERIOR VIEW (Commercial / Business)
- [ ] 12. SECURITY SIGNING N.W., Alarm etc.)
- [ ] 13. OTHER

**VICTIM PROFILE**

**PHYSICAL CONDITION**   17   Q13

- [x] 0. NO IMPAIRMENT
- [ ] 1. UNDER INFL ALCOHOL / DRUGS
- [ ] 2. SICK / INJURED
- [ ] 3. SENIOR CITIZEN
- [ ] 4. BLIND
- [ ] 5. HANDICAPPED
- [ ] 6. DEAF
- [ ] 7. MUTE
- [ ] 8. MENTAL / EMOTION IMPAIRED
- [ ] 9. OTHER

**RELATIONSHIP TO SUSPECT**   18   Q14

- [x] 0. UNKNOWN
- [ ] 1. HUSBAND
- [ ] 2. WIFE
- [ ] 3. MOTHER
- [ ] 4. FATHER
- [ ] 5. DAUGHTER
- [ ] 6. SON
- [ ] 7. BROTHER
- [ ] 8. SISTER
- [ ] 9. OTHER FAMILY
- [ ] 10. ACQUAINTANCE
- [ ] 11. FRIEND
- [ ] 12. BOYFRIEND
- [ ] 13. GIRLFRIEND
- [ ] 14. NEIGHBOR
- [ ] 15. BUSINESS ASSOCIATE
- [ ] 16. STRANGER
- [ ] 17. OTHER

**MARITAL STATUS**   19   Q15

- [x] 0. UNKNOWN
- [ ] 1. ANNULLED
- [ ] 2. COMMON LAW
- [ ] 3. SINGLE
- [ ] 4. MARRIED
- [ ] 5. DIVORCED
- [ ] 6. WIDOW (ER)
- [ ] 7. SEPARATED
- [ ] 8. OTHER

**LA HABRA POLICE DEPARTMENT**
150 N. Euclid, La Habra, CA 90631
562.905.9750 * Fax 562.905.9779

**PROPERTY REPORT**                     Page 5 of 5

☒ ORIGINAL REPORT
☐ SUPPLEMENTAL REPORT

Case No. 05-6165

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 1 | E | 1 | Firearm | Intratec | AB-10 | A015323 | $500.00 |

Color (s): Blue Steel
General Description: 9mm
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes: Firearm is unregistered   385052490014

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 2 | E | 26 | Bullets | Luger | 9mm | | $26.00 |

Color (s): Gold Copper
General Description: 26 bullets in 30 round magazine that was attached to the firearm
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes:

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 3 | E | 1 | Gun Magazine | | | | $50.00 |

Color (s): Blue Steel
General Description: 30 round Magazine attached to Firearm
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes:

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 4 | E | 1 | Gun Magazine | Glock | | 3206 | $35.00 |

Color (s): Black
General Description: 10 round magazine
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes:

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 5 | E | 75 | Bullets | Luger | | | $75.00 |

Color (s): gold/copper
General Description:
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes:

| Item No. | Type | Quantity | Article | Brand | Model | Serial Number | Value |
|---|---|---|---|---|---|---|---|
| 6 | E | 1 | Gun Bag | Bianchi | | | $30.00 |

Color (s): black
General Description:
Premises / Area / Room Taken From: 961 N. Citrus
Where Is Property Now? ☒ In Property ☐ Returned To Victim ☐ Unknown ☐ Other
Additional Notes:

Property Types: S Stolen  R Recovered  SR Stolen & Recovered  SK Safe Keeping  F Found  E Evidence

Reporting Officer / ID #: J. Rocha 462   Date: 9/5/05
Approved By: M. Sot   Date: 5-6-05
Total Loss This Page: $716.00
Copies To: ☐ Chief ☐ NFP ☐ Patrol ☐ DET ☐ Traffic ☐ DMV ☐ CAU ☐ ABC (2) ☐ DA ☐ Other
Routed By:        Entered By:

## La Habra Police Department - CA 0301200
## Narrative Report

| Crime: | 925 C Incident Report | | Case Number: | 05-6165 |
|---|---|---|---|---|

| Victim: | | Date: | 9/5/05 | Page No. | 4 | Of 5 |
|---|---|---|---|---|---|---|

| Report By: | J. Rocha 462 | | Approved By: | *W. Sct* | Date: 9-6-05 |
|---|---|---|---|---|---|

**Total Property Dollar Loss Or Damage:**
**Unique Identifiers / M.O. / Statements:**

### NARRATIVE

On 9/5/05 at approximately 2048 hours, Sergeant Johnstone, Officer T. Smith, and I were dispatched to an audible burglar alarm at 961 N. Citrus. Upon arrival the alarm was still audible and the front door was unlocked. At this time an additional officer was requested to assist in securing the residence. Officer Quinn then arrived on scene.

Officer T. Smith made announcements into the house advising that Officers were present. Since the burglar alarm had been audible, the front door was open, and no one identified themselves when announcements were made, entry was made into the house to secure it. A search to of the house was conducted with the assistance of Police Service Dog Astor for anyone inside the house. As Officers entered the master bedroom located on the second floor of the home, Sergeant Johnstone advised he found an unsecured "Tech 9" pistol next to the bed. Sergeant Johnstone remained with the weapon while the search of the home was completed.

I then saw the weapon in a black case. It had a 30 round magazine attached to it. The Magazine had 26 rounds in it, but there were no rounds in the chamber. Since the gun was found in plain sight and was unsecured, I collected it for safekeeping. A note for the homeowner was left on the bed with the case number advising the owner of the homeowner that the gun was being taken into safekeeping.

Officer Quinn then advised me that he spoke to a neighbor at 951 N. Citrus regarding the home. He advised that a male subject had fired a gun in the neighborhood approximately 2 weeks prior. The neighbor collected three empty shell casings from

## La Habra Police Department - CA 0301200
## Narrative Report

| Crime: | 925 C Incident Report | | | Case Number: | 05-6165 | | |
|---|---|---|---|---|---|---|---|
| Victim: | | | Date: | 9/5/05 | Page No. | 5 | Of 5 |
| Report By: | J. Rocha 462 | | Approved By: *Jd. Sch* | | | Date: 9-8-05 | |

the ground.  The neighbor gave Officer Quinn the casings that she had collected.
Officer Quinn advised the casings that were given to him were the same type that were
found in the gun.  The suspect possibly lived at 961 N. Citrus.  For further details refer
to Officer Quinn's report (05-6166).

The house was locked and secured.  There were no subjects located in the residence.

A further records check of the gun revealed that there was no record available for the
gun.  The gun had not been registered.  As a result the gun was booked pursuant to
CPC 12276/Unregistered Assault Weapon.

# EXHIBIT D

**Other Arrests**

|  | **Date of Arrest** | **Charge** | **Agency** | **Disposition** |
|---|---|---|---|---|
| 55. | 02/20/2003 (Age 28) | Unsafe Speed: Prevailing Conditions | Huntington Beach Police Department, Case No.: 03-59363 | Unknown |

The circumstances for this case are not available.

## PART C. OFFENDER CHARACTERISTICS

56. The information below was gathered in a presentence interview on May 13, 2014 in the presence of counsel, and was confirmed during a telephone interview with Charles Head (father) on July 15, 2014.

**Personal and Family Data**



57.

58.

59.

60. According to the Automated Firearms System (California), the following three firearms are in the name of the defendant: .40 caliber Glock (Serial No. FMB120), 9mm Glock (Serial No. CRT379US), and "Tech 9" assault weapon (Serial No. A015323). The defendant reported that both Glock firearms were stolen and the Tech 9 was taken by police (see Docket No.: 06NF0855 in *Criminal History* section).

61. Five character reference letters received on behalf of the defendant describe him as a giving person, hard worker, honest, trustworthy, selfless, and a man of integrity. He is also described as a mentor to youth and young adults and a loving father. They ask the

15

# EXHIBIT E

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE
NORTH JUSTICE CENTER
1275 N Berkeley Avenue, Fullerton, CA 92832.

# PROBATION ORDER

Defendant Name: **HEAD, CHARLES CHRISTOPHER**     Case No: **06NF0855**

| | | |
|---|---|---|
| Address: | 961 N Citrus Drive , La Habra, CA 90631 USA. | Date Sentenced: 04/27/06 |
| AKAs: | Heap, Charles Christopher | |

| | | | | |
|---|---|---|---|---|
| DOB: | ▅▅▅ | Sex: M | Hair: Brown | Height: 6' 2" |
| DLN: | ▅▅▅ | | Eyes: Brown | Weight: 160 |

| | | |
|---|---|---|
| Violation Date: | 02/16/06 | BAC: |
| Prosecuting Atty: | Chinn, Kenneth | BKG #: |
| Issuing Agency: | Orange County District Attorney | DR #:   05-6165 |

Date of Order:   04/27/06      Judge: Robbins, Roger B.      Dept:   N3

Balance Due $0.00

Charging Doc:   Original Complaint

| CNT  OL  CHARGE | CNT OL  CHARGE |
|---|---|
| 1   M  12280(b) PC | 2   F  118(a) PC |

Defendant present in Court with counsel Holly  Zebari  , Retained Attorney .

Count 1 , 12280(b) PC ,reduced to misdemeanor pursuant to Penal Code 17(b) at request of People .

Defendant's motion to withdraw plea of NOT GUILTY and enter plea of Guilty as to count(s) 1 of the Original  Complaint  granted.

Count(s) 2 DISMISSED -  Motion of People .

No legal cause why judgment should not be pronounced and defendant having Pled Guilty to count(s) 1 , Imposition of sentence is suspended and defendant is placed on 3 Year(s) INFORMAL PROBATION on the following terms and conditions:

Violate no law.

Obey all laws, orders, rules, and regulations of the Court and Jail .

Do not own, use, or possess any type of dangerous or deadly weapon .

Pay $100.00 Restitution Fine pursuant to Penal Code 1202.4 or Penal Code 1202.4(b).

Pay Security Fee(s) pursuant to Penal Code 1465.8 totaling  $20.00 .

Pay $1,000.00 Restitution Fine pursuant to Penal Code 1202.4(f).

Payment of fee(s) stayed to  10/24/2006 .

Complete 40  Hours       Community Service as directed by court as to count(s) 1 .

Defendant ordered to report to Community Service  forthwith .

---

**Page 1 of 2**                    **PROBATION ORDER**                    Report Date: 04/27/06 11:19 AM

CAPTION:

CHARLES HEAD

**CERTIFICATE OF SERVICE\***

Docket Number: 06NF0855

v.

STATE OF CALIFORNIA

I, Charles Head , hereby certify under penalty of perjury that

on 12-9-2020 , I served a copy of MOTION TO VACATE
SENTENCE UNDER PENAL CODE SECTION 1473.7(a)(2)

(list all documents)

by (select all applicable)\*\*

___ Personal Delivery      X United States Mail      ___ Federal Express or other
                                                             Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

ORANGE COUNTY DISTRICT ATTORNEY, 401 Civic Center Drive West, Santa Ana, CA 92701

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12-9-2020                          CHARLES C. HEAD
Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)

Exhibit "1"                              Page 27