# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HEAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. ROCHA et al.,<br><br>　　　　Defendants. | No. SA CV 21-01317-DOC (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///
///

    IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED in part and DENIED in part as follows: (1) the Motion is GRANTED as to Plaintiff's search, seizure, and false imprisonment claims and those claims are dismissed with prejudice as time-barred; and (2) the Motion is DENIED as to Plaintiff's malicious prosecution and fabricated evidence claims.

Date: April 21, 2022

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge