# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| CHARLES HEAD,<br><br>Plaintiff,<br><br>v.<br><br>J. ROCHA et al.,<br><br>Defendants. | No. SA CV21-01317-DOC (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendants' Motion for Summary Judgment and dismissing this action with prejudice.

Date: October 13, 2023

*David O. Carter*

DAVID O. CARTER
United States District Judge