# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HEAD,<br><br>Plaintiff,<br><br>v.<br><br>J. ROCHA et al.,<br><br>Defendants. | No. SA CV 21-01317-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion for Summary Judgment is granted and this action is dismissed with prejudice.

Date: October 13, 2023

_David O. Carter_

DAVID O. CARTER
United States District Judge